No. 2804. FISHER v. FAIR. November Term, 1890. This was a petition for a rehearing of this appeal (*ante* p. 204) upon the grounds (1) that the grant of the right of way having been based upon a valuable consideration, it could not be revoked by Fair or by any act of his; and (2) that those holding under Fair, while enjoying that valuable consideration, that is to say, while maintaining their west wall on the land surrendered by Davis, are estopped from denying the validity of the grant by Davis.

November 27, 1891. The following order was passed:

PER CURIAM. We have carefully examined this petition and finding that no material fact or principle of law has been either overlooked or misunderstood, there is no ground for a rehearing. It is therefore ordered, that the petition be dismissed.